UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> EDUARDO CASTILLO AKA EDDIE ) <br> CASTILLO, an individual dba 1bestdeal.net and ) <br> DOES 1 through 10 inclusive, ) <br> ) <br> Defendants. ) <br> ) | Case No.: CV 13-00214 EJD (PSG) <br><br> **ORDER RE MOTION FOR EXPEDITED DISCOVERY** <br><br> **(Re: Docket No. 11)** |

On June 4, 2013, Plaintiff Autodesk, Inc. ("Autodesk") appeared for a hearing before the undersigned seeking expedited third-party discovery to determine the identities and contact information of Defendant Eduardo Castillo, owner of the website 1bestdeal.net. As stated at the hearing, the court has ordered Autodesk to prepare a proposed order and a 2-3 page brief explaining why the proposed order does not violate the Stored Communications Act. The court further orders that any brief and accompanying proposed order be filed no later than June 21, 2013.

IT IS SO ORDERED.

Dated:  6/14/2013

_____
PAUL S. GREWAL
United States Magistrate Judge

1

Case No.: 13-0214 EJD (PSG)
ORDER RE MOTION FOR EXPEDITED DISCOVERY