United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUTODESK, INC., | CASE NO. 5:13-cv-00214 EJD |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| EDUARDO CASTILLO, | |
| Defendant(s). | |

Having reviewed the status of this action, the court finds that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for December 13, 2013, is VACATED.

Since it appears that Defendant's default will be entered shortly (see Docket Item No. 34), the court schedules a hearing on Plaintiff's anticipated Motion for Default Judgment for **9:00 a.m. on March 7, 2014.**

The Motion to Continue the Case Management Conference (Docket Item No. 36) is TERMINATED AS MOOT.

**IT IS SO ORDERED.**

Dated: December 6, 2013

EDWARD J. DAVILA
United States District Judge