| | |
|---|---|
| 1 | ERIC DONEY, #76260 |
|   | eric@donahue.com |
| 2 | JULIE E. HOFER, #152185 |
|   | julie@donahue.com |
| 3 | ANDREW S. MACKAY, #197074 |
|   | andrew@donahue.com |
| 4 | DONAHUE GALLAGHER WOODS LLP |
|   | 1999 Harrison Street, Floor 25 |
| 5 | Oakland, California 94612 |
|   | Telephone:   (510) 451-0544 |
| 6 | Facsimile:   (510) 832-1486 |
| 7 | Attorneys for Plaintiff |
|   | AUTODESK, INC. |

**IT IS SO ORDERED**
Judge Edward J. Davila
1/13/2014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation, | CASE NO. CV 13-00214 EJD (PSG) |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) SOLELY AS TO DOES 1 THROUGH 10** |
| v. | |
| EDUARDO CASTILLO AKA EDDIE CASTILLO, an individual dba 1bestdeal.net and DOES 1 through 10, inclusive, | |
| Defendants. | |

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Autodesk, Inc. voluntarily dismisses the above-captioned action against Defendants Does 1 through 10 without prejudice.  This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated:  January 10, 2014            DONAHUE GALLAGHER WOODS LLP


                                    By:/s/ Julie E. Hofer
                                        Julie E. Hofer
                                        Attorneys for Autodesk